260 

No. 14–0448/AR.  U.S. v. Anthony M. Stanczyk.  CCA 20110438.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 31, 2014.

Thursday, March 13, 2014

No. 14–5004/AF.  U.S. v. Nicholas T. Burns.  CCA S32084.  Notice is hereby given that a certificate for review of the decision of the United States Air Force Court of Criminal Appeals was filed under Rule 22 on this date on the following issue:

WHETHER THE AIR FORCE COURT OF CRIMINAL APPEALS (AFC-CA) ABUSED ITS DISCRETION AND COMMITTED A MISCARRIAGE OF JUSTICE BY REACHING ITS ERRONEOUS FACTUAL INSUFFI-CIENCY CONCLUSION AND BY RELYING UPON FACTS NOT ES-TABLISHED IN THE RECORD IN FINDING APPELLANT'S CONVIC-TION NOT FACTUALLY SUFFICIENT.

Misc. No. 14–8010/NA.  L.C., Midshipman, U.S. Navy, Appellant v. United States, Appellee, Joshua L. Tate, Midshipman, U.S. Navy, Real Party in Interest.  CCA 201400044.  On consideration of Appellant's writ-appeal petition, Appellant's motion to request an emergency order, the motion of the Maryland Crime Victims' Resource Center, Inc., to participate as an amicus curiae and file an amicus curiae brief, the motion of the United States to substitute itself for the named military judge appellee, the motion of the National Crime Victim Law Institute to participate as an amicus curiae and file an amicus curiae brief, the motion of Protect Our Defenders to participate as an amicus curiae and file an amicus curiae brief, the motion of the United States to attach the military judge's ruling that is captioned, "In Camera Review YWCA Counseling Records," and the motion of the United States to attach, under seal, the military judge's sealing order and summary of mental health documents dated February 19, 2014, it is ordered that Appellant's motion to request an emergency order is denied, that the motions of the United